IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTONIO LAMONT GREEN,
    Petitioner,

vs.

SUPERINTENDENT BRIAN
COLEMAN, et al,
    Respondents.

Civil Action No. 14-74
Judge Mark R. Hornak/
Magistrate Judge Maureen P. Kelly

## **ORDER**

AND NOW, this 18th day of March, 2014, after the Petitioner, Antonio Lamont Green, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until March 10, 2014, to file written objections thereto, and no timely objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this case is dismissed, in that the Petitioner's self-styled "Motion to Vacate a Void Judgment Pursuant to Rule 60(B)(4)" may not be used as a vehicle to seek the relief sought, the Court concludes that there is no sound basis to recharacterize such Motion, the Motion is otherwise not in accord with applicable law, nor does it allege, any claim for relief otherwise available to the Petitioner.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Antonio Lamont Green
FN6123
S.C.I. Fayette
Box 9999
Labelle, PA 15450

All Counsel of Record Via CM-ECF